IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JOHN DOE,

                          CIVIL ACTION NO. 2:18-cv-03461-PBT

    **Plaintiff**

    v.                                JURY TRIAL DEMANDED

**THE TRUSTEES OF ST. MARY'S**      Joint Stipulation of
**COLLEGE OF MARYLAND,**           <u>Dismissal without Prejudice</u>

    **Defendant**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff JOHN DOE and Defendants THE TRUSTEES OF ST. MARY'S COLLEGE OF MARYLAND, by and through their attorneys, respectfully and jointly submit this Stipulation of Dismissal of this action *without prejudice*, each party to bear its/her own costs and fees. The parties request that the Clerk of Court now close this case.

| | |
|---|---|
| BY: _____/S/ Bryan Tuk_____ | BY: /S/ Alexander Hortis_____ |
| J. Bryan Tuk, Esq. | Alexander Hortis, Esq. |
| Attorney ID 085718 | Assistant Attorney General |
| **bryan@tuklaw.com** | Educational Affairs Division |
| Tuk Law Offices | Office of the Attorney General |
| PO Box 638 | 200 St. Paul Place, 17th Floor |
| Kennett Square, PA 19348 | Baltimore, MD  21202 |
| (610) 393-6763 | (410) 576-6320 |
| | |
| Attorney for Plaintiffs | Attorney for Defendants |